

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00084-CV

JEFFREY MANN                                                    APPELLANT

V.

DENTON COUNTY, PAUL                                            APPELLEES
JOHNSON, CHARLES ORBISON,
BRIAN WOLFE, HARDY BURKE,
SAM MOONEY, AND PATTIE
BIFFAR

----------

FROM THE 211TH DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 15-09620-393

----------

## MEMORANDUM OPINION[1]

----------

Appellant Jeffrey Mann attempts to appeal from the 393rd District Court of

Denton County's orders that dismissed his case with prejudice with regard to the

---

[1]See Tex. R. App. P. 47.4.

"Individual Denton County Defendants" and transferred his suit to the 211th District Court of Denton County and other oral rulings by the trial court.

On March 24, 2016, and again on April 12, 2016, we notified Appellant that we were concerned that we lacked jurisdiction over the appeal from the orders and rulings listed in his notice of appeal because they did not appear to be final judgments or appealable interlocutory orders. We warned Appellant that unless he or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal—in our first letter, by April 4, 2016; in our second letter, by April 22, 2016; and in our April 14, 2016 order granting his request for an extension of time to respond, by May 2, 2016—we would dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3.

Having confirmed with the trial court clerk that there is still no final judgment in this case and having received no response from Appellant, we dismiss the appeal for want of jurisdiction.[2] *See* Tex. R. App. P. 42.3(a), 43.2(f).

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: LIVINGSTON, C.J.; DAUPHINOT and SUDDERTH, JJ.

DELIVERED: June 16, 2016

---

[2]In light of our disposition above, Appellant's motion to abate is **DENIED AS MOOT**.

2